FILED

NOV 03 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: ADOBE SYSTEMS, INC.; et al. | No. 14-72745 |
| ADOBE SYSTEMS, INC.; et al., | D.C. No. 5:11-cv-02509-LHK<br>Northern District of California,<br>San Jose |
| Petitioners, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE, | |
| Respondent, | |
| SIDDHARTH HARIHARAN; et al., | |
| Real Parties in Interest. | |

The motions of (1) the Chamber of Commerce of the United States; (2) the California Chamber of Commerce; and (3) Iain M. Cockburn, James C. Cooper, Kira Fabrizio, Robert G. Harris, Benjamin Klein, Johnathan Putnam, Michael Sykuta, and Glen Woroch, for leave to file amicus curiae briefs in support of the petition for a writ of mandamus, the oppositions, and any replies thereto, are referred to the panel which will be assigned to hear the merits of this petition.

LSC/MOATT

Within 7 days after the date of this order, the prospective amici shall file 7 copies of their respective motions for leave to file an amicus curiae brief, including the proposed briefs (with a green cover), in paper format, accompanied by certifications (attached to the end of each paper copy) that the motions and proposed briefs are identical to the version submitted electronically. A sample certificate is available on the court's website, www.ca9.uscourts.gov, at the Electronic Filing-ECF link.

The paper copies shall be printed from the PDF version of the motion and brief created from the word processing application, not from PACER or Appellate ECF.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Lisa Chen
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A